IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELLY LAYMON FEIMSTER, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 1:08-cv-01302 (CKK) |
| ] | Next Event: |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

### **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Benjamin J. Cooper of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, KELLY LAYMON FEIMSTER and JAMES ERIC FEIMSTER, in the above-referenced matter.

                                          Respectfully submitted,

                                          AARON M. LEVINE & ASSOCIATES

                                          /s/ Benjamin J. Cooper
                                          BENJAMIN J. COOPER, #502149
                                          1320 19th Street, N.W., Suite 500
                                          Washington, DC  20036
                                          202-833-8040
                                          Fax: 202-833-8046