CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KELLY LAYMON FEIMSTER  )
       ET AL.  )
  )
  )
      Plaintiff  )
    v.  )  Civil Case Number 08-1302(RCL)
  )
  )  Category B
ELI LILLY AND CO.  )
  )
      Defendant  )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  August 4, 2008 from Judge Colleen Kollar-Kotelly to Chief Judge Royce C. Lamberth by direction of the Calendar Committee.

(Case reassigned by Consent.)

                                        JUDGE ELLEN SEGAL HUVELLE
                                        Chair, Calendar and Case
                                        Management Committee

cc:   Judge Kollar-Kotelly & Courtroom Deputy
       Chief Judge Lamberth & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk